**Brad BENNETT; Mario Giordano; Langell Valley Irrigation District, a political subdivision of the state of Oregon; Horsefly Irrigation District, a political subdivision of the State of Oregon, Plaintiffs–Appellants,**

v.

**Marvin L. PLENERT, in his official capacity as Regional Director, Region One, Fish and Wildlife Service, U.S. Department of the Interior; John F. Turner, in his official capacity as Director, Fish and Wildlife Service, U.S. Department of the Interior; Bruce Babbitt, in his official capacity as Secretary, U.S. Department of the Interior, Defendants–Appellees.**

No. 94–35008.

United States Court of Appeals,
Ninth Circuit.

April 23, 1997.

Before: PREGERSON, CANBY, and REINHARDT, Circuit Judges.

## ORDER

In accordance with the judgment of the United States Supreme Court, decided March 19, 1997, the judgment of the district court, 1993 WL 669429, is vacated and the case remanded for further proceedings not inconsistent with the Supreme Court's opinion.